UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON


UNITED STATES OF AMERICA

v.                                  CRIMINAL ACTION NO. 2:02-00039

SELENA HALL


PROBATION REVOCATION AND JUDGMENT ORDER
MEMORANDUM OPINION AND ORDER


On May 23, 2006, the United States of America appeared by Karen B. George, Assistant United States Attorney, and the defendant, Selena Hall, appeared in person and by her counsel, George H. Lancaster, Jr., Assistant Federal Public Defender, for a hearing on the petition on probation, and amendment thereto which is hereby ORDERED filed, submitted by United States Probation Officer Teresa L. Eggerud, the defendant having commenced a five-year term of probation in this action on May 31, 2002, as more fully set forth in the Judgment Including Sentence Under the Sentencing Reform Act entered by the court on June 6, 2002.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of probation in the following respects: (1) that the defendant on or about October 21, 2005, violated federal and state law by delivering a controlled substance for which she was charged and to which she pled guilty in Logan County Circuit Court on March 20, 2006; (2) that the defendant failed to submit monthly reports for June, July, August, September, October and November 2005; (3) that the defendant failed to report for urine screens on October 21 and November 3, 2004, as instructed; and (4) that the defendant used and possessed cocaine and marijuana as evidenced by a positive urine specimen submitted by her on May 1, 2006, at which time she signed a voluntary admission form; all as admitted by the defendant on the record of the hearing and as set forth in the petition and amendment on probation.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of probation and, further, that it would unduly depreciate the seriousness of the violations if probation were not revoked, it

is ORDERED that the probation previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, on the basis of the original offense and the intervening conduct of the defendant, that the defendant is in need of correctional treatment which can most effectively be provided if she is confined, it is accordingly ORDERED that the defendant be, and she hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of FIFTEEN (15) MONTHS to be followed by a term of THIRTY-SIX (36) MONTHS supervised release, upon the sixteen standard conditions of supervised release in effect in this district and the further condition that the defendant not commit another federal, state or local crime and the special condition that she make payments on the restitution balance of $1,554.49 in accordance with the payment schedule originally ordered by the court and participate in drug counseling and treatment as directed by the probation officer.

The defendant was remanded to the custody of the United States Marshal.

Recommendation:  The court recommends that the defen-
dant be afforded substance abuse counseling and treatment.

The Clerk is directed to forward copies of this
written opinion and order to the defendant, all counsel of
record, the United States Probation Department, and the United
States Marshal.

DATED: June 29, 2006

John T. Copenhaver, Jr.
United States District Judge

**4**